UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY D. DELGADO, | Case No. 11-12205 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | UNITED STATES MAGISTRATE JUDGE<br>MARK A. RANDON |
| Defendant. | |
| _____/ | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [13], AND REMANDING CASE

On May 1, 2012, Magistrate Judge Randon issued a Report and Recommendation [15] that Plaintiff's Motion for Summary Judgment [8] be granted, that Defendant's Motion for Summary Judgment [13] be denied, and that the case be remanded for a new hearing.

No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [8] is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [13] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is remanded for further proceedings.

**SO ORDERED**.

                                              s/Arthur J. Tarnow
                                              ARTHUR J. TARNOW
                                              SENIOR U.S.DISTRICT JUDGE

Dated: May 25, 2012