UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY D. DELGADO,                             Case No. 11-12205

              Plaintiff,                      SENIOR U.S. DISTRICT JUDGE
                                              ARTHUR J. TARNOW
v.

                                              UNITED STATES MAGISTRATE JUDGE
COMMISSIONER OF SOCIAL SECURITY,              MARK A. RANDON

              Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [15],
GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8],
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [13], AND
REMANDING CASE**

On May 1, 2012, Magistrate Judge Randon issued a Report and Recommendation [15] that Plaintiff's Motion for Summary Judgment [8] be granted, that Defendant's Motion for Summary Judgment [13] be denied, and that the case be remanded for a new hearing.

No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered  as the findings and conclusions of the Court.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [8] is **GRANTED**.

    **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [13] is **DENIED**.

    **IT IS FURTHER ORDERED** that this matter is remanded for further proceedings.

    **SO ORDERED**.

                                              s/Arthur J. Tarnow
                                              ARTHUR J. TARNOW
                                              SENIOR U.S.DISTRICT JUDGE

Dated: May 25, 2012